■ STEWARDSHIP CREDIT ARBITRAGE FUND LLC et al., Respondents, v CHARLES ZUCKER CULTURE PEARL CORP., Doing Business as PRECIOUS STONE Co., et al., Appellants. [948 NYS2d 561]—

Concur—Andrias, J.P., Saxe, Catterson, Renwick and Román, JJ.